IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
NOV 22 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-130-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SHAUNESY ALAN COLE, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Tuesday, November 26, 2019 at 2:30 p.m., is **VACATED** and reset to commence on **Wednesday, December 18, 2019 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 21st day of November, 2019.

SUSAN P. WATTERS
United States District Judge

1